— A.2d —

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID MAURE, DEFENDANT–APPELLANT.

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RAYMOND HOBBS AND DANIEL HOBART, DEFENDANTS, AND HAROLD PETTY, DEFENDANT–APPELLANT.

Argued February 13, 1991—Decided April 11, 1991.

*Riaz A. Mian* argued the cause for appellant David Maure (*Voorhees, Bennett & Wherry,* attorneys; *Riaz A. Mian* and *E. John Wherry, Jr.,* on the brief).

*Carl L. Taraschi* argued the cause for appellant Harold Petty.

*Stephen H. Monson,* Deputy Attorney General, argued the cause for respondent (*Robert J. Del Tufo,* Attorney General of New Jersey, attorney).

**PER CURIAM.**

The judgment is affirmed, substantially for the reasons expressed in Judge Baime's opinion for the Appellate Division, reported at 240 *N.J.Super.* 269, 573 *A.*2d 186 (1990).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.